IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00099 |
| | ) | Judge Trauger |
| | ) | |
| [11] ANDRE TERRELL CARTER | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing will be held on the Petition to Revoke Supervision (Docket No. 815) on Monday, September 8, 2014, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 21st day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge