# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00099 |
| | ) | Judge Trauger |
| [11] ANDRE TERRELL CARTER | ) | |

## O R D E R

A hearing was held on September 8, 2014 on the Petition to Revoke Supervision (Docket No. 815). By agreement, it is hereby **ORDERED** that this case is **RESET** for further hearing on Monday, March 9, 2015, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 15th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge